UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIC McGOWAN,

                Plaintiff,                Case No. 1:17-cv-184

v.

                                          Honorable Paul L. Maloney

DIANA MORSE et al.,

                Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff's state law claims be DISMISSED WITHOUT PREJUDICE as the Court declines to exercise supplemental jurisdiction over them.

Dated:   March 16, 2017                       /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             United States District Judge